Charlie Mae ANDERSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 28908.

Court of Criminal Appeals of Texas.

March 27, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the possession of liquor for the purpose of sale in a dry area, with a prior conviction alleged for enhancement; the punishment, 10 days in jail and a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

Ex parte James BAKER.

No. 28913.

Court of Criminal Appeals of Texas.

March 27, 1957.

No attorney for appellant of record on appeal.

Howard M. Fender, Criminal Dist. Atty., Grady Owen and Conard Florence, Asst. Dist. Attys., Fort Worth, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is an appeal from the order of the Judge of Criminal District Court No. 2 of Tarrant County remanding appellant to the custody of the sheriff of said county for delivery to the agent for the State of Nebraska.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear regular, and nothing is prevented for review.

The judgment is affirmed.